UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 1

| | |
|---|---|
| GLEICH Aluminiumwerk GmhH & Co. KG.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | **S U M M O N S**<br><br>Court No. 24-00072 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Baltimore, MD | Center (if known): | Base Metals Center |
|---|---|---|---|
| Protest Number: | 130323103938 | Date Protest Filed: | 5/24/2023 |
| Importer: | GLEICH Aluminiumwerk GmbH & Co. KG. | Date Protest Denied: | 10/10/2023 |
| Category of Merchandise: | Aluminum C210R plates | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| F24 4004045-9 | 06/23/2022 | 05/19/2023 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Felicia Leborgne Nowels
Akerman LLP
201 E. Park Avenue, Suite 300
Tallahassee, FL 32301
(850) 425-1661
felicia.nowels@akerman.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| German-origin aluminum C210R plates | Subheading 7604.29.1090, HTSUS (2022)<br><br>Section 232 duties assessed | 5%<br><br><br>10% | Subheading 7606.12.3035, HTSUS (2022)<br><br>Section 232 Tariff Rate Quota (TRQ) available at time of entry | 3%<br><br><br>Section 232 exempt |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:
German-origin aluminum C210R plates should have been correctly classified and liquidated under HTSUS 7606.12.3035 and were not subject to Section 232 tariffs as they qualified under Section 232 Tariff Rate Quota (TRQ) for aluminum articles of European Union (EU) member countries. CBP denied Plaintiff's protest contrary to proper instructions as it (1) failed to consider Plaintiff's protest in its entirety; (2) erred in assigning two protest numbers for the same protest; (3) failed to mail its Protest decision in accordance with the CBP Regulations; (4) failed to grant Plaintiff's requested Application for Further Review; and (5) failed to reliquidate under proper classification.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_Felicia Leborgne Nowels_
Digitally signed by: Felicia Leborgne Nowels
DN: CN = Felicia Leborgne Nowels email = felicia.nowels@akerman.com C = AD O = Akerman LLP
Date: 2024.04.08 17:02:58 -04'00'

*Signature of Plaintiff's Attorney*

4/8/2024
*Date*

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)